HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER DOMINICCI,<br><br>          Plaintiff,<br><br>v.<br><br>JACK HENRY & ASSOCIATES, INC.,<br><br>          Defendant. | No. 2:18-cv-1746<br><br>**STIPULATION AND ORDER FOR EXTENSION OF EXPERT DISCLOSURE DEADLINE AND DISCOVERY MOTION DEADLINE** |

**COME NOW** the parties, Jennifer Dominicci and Jack Henry & Associates, Inc., and stipulate, agree, and move the Court to enter the subjoined Order continuing the Deadline to Disclose Expert Witnesses from May 1, 2019 to May 31, 2019, and the Deadline to File & Serve Discovery Motions from May 31, 2019, to June 28, 2019.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

STIPULATED MOTION AND ORDER TO EXTEND EXPERT
DISCLOSURE AND DISCOVERY DEADLINES - 1
(Case No. 2:18-cv-1746)

**Jackson Lewis** P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

DATED this 30th day of April, 2019.

        ROCKE LAW GROUP, PLLC

By:   s/*Aaron V. Rocke*
Aaron V. Rocke, WSBA No. 31525
aaron@rockelaw.com

By:   *s/Peter Montine*
Peter Montine, WSBA No 49815
peter@rockelaw.com

Attorney for Plaintiff

JACKSON LEWIS P.C.

By:   *s/ Barry A. Johnsrud*
Barry Alan Johnsrud, WSBA21952
Barry.Johnsrud@jacksonlewis.com

By:   *s/ Sherry Talton*
Sherry Talton, WSBA #42780
sherry.talton@jacksonlewis.com

Attorneys for Defendant

STIPULATED MOTION AND ORDER TO EXTEND EXPERT
DISCLOSURE AND DISCOVERY DEADLINES - 2
(Case No. 2:18-cv-1746)

**Jackson Lewis** P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

**ORDER**

PURSUANT TO THE ABOVE STIPULATION IT IS SO ORDERED; the deadline for Disclosure of Expert Witnesses is hereby extended to May 31, 2019, and the deadline for Discovery Motions is hereby extended to June 28, 2019.

DATED: May 6, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO EXTEND EXPERT
DISCLOSURE AND DISCOVERY DEADLINES - 3
(Case No. 2:18-cv-1746)

**Jackson Lewis** P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404