HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER DOMINICCI, <br><br> Plaintiff, <br><br> v. <br><br> JACK HENRY & ASSOCIATES, INC., <br><br> Defendant. | Case No.: 2:18-cv-1746 <br><br> STIPULATION AND ORDER FOR DISMISSAL |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their counsel of record, that all of plaintiff's claims against defendants should be dismissed pursuant to FRCP 41(a)(1)(A) with prejudice and without any costs or attorneys' fees to either party. The parties request that the Court enter the Order below consistent with this stipulation.

Stipulated and agreed this 1st day of July, 2019.

By: *s/ Aaron V. Rocke*
   Aaron V. Rocke, WSBA No. 31525
   Rocke | Law Group, PLLC
   101 Yesler Way, Suite 603
   Seattle, WA 98104
   Telephone: (206) 652-8670
   Fax: (206) 452-5895
   Email: aaron@rockelaw.com
   Attorney for Plaintiff

By: *s/ Sherry Talton (approval to sign by email)*
   Sherry Talton, WSBA No. 42780
   Barry Alan Johnsrud, WSBA No. 21952
   Jackson Lewis P.C.
   520 Pike Street, Suite 2300
   Seattle, WA 98101
   Telephone: (206) 405-0404
   Fax: (206) 405-4450
   E-mail: sherry.talton@jacksonlewis.com
   Email: barry.johnsrud@jacksonlewis.com
   Attorneys for Defendant

**ORDER**

THIS MATTER comes before the Court upon the parties' stipulation that all of plaintiff's claims against defendant should be dismissed. The Court has considered the parties' stipulated motion and the materials contained in the Court's file.

Based on the foregoing Stipulation, IT IS HEREBY ORDERED that all of plaintiff's claims against defendants are dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

Dated this 8 day of July 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*
ROCKE | LAW Group, PLLC

*s/ Aaron V. Rocke*
Aaron V. Rocke, WSBA No. 31525
Rocke Law Group, PLLC
101 Yesler Way, Suite 603
Seattle, WA 98104
Telephone: (206) 652-8670
Fax: (206-452-5895
Email: aaron@rockelaw.com
Attorney for Plaintiff

*Approved as to form;*
*Notice of presentation waived by:*

*s/ Sherry Talton (approval to sign by email)*
Sherry Talton, WSBA No. 42780
Barry Alan Johnsrud, WSBA No. 21952
Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, WA 98101
Telephone: (206) 405-0404
Fax: (206) 405-4450
E-mail: sherry.talton@jacksonlewis.com
Email: barry.johnsrud@jacksonlewis.com
Attorneys for Defendant